

# NUMBER 13-25-00199-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FELECIA KEMARI,                                               Appellant,

v.

MB & RB INVESTMENTS, LLC,                                     Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF HAYS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion.[1] On February 28, 2025, appellant

filed a notice of appeal. The clerk's record was due on April 28, 2025. On June 27, 2025,

the Clerk of the Court notified appellant that the deputy district clerk, Darren Jones, had

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was further notified that unless she made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. 37.3(b). Appellant has failed to respond or otherwise provide the requested documentation.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
31st day of July, 2025.